**IN THE UNITED STATES DISTRICT COURT**

**OF THE EASTERN DISTRICT OF TEXAS**

**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **CHARLES R. HAYES** | § | |
| | | |
| VS. | § | CIVIL ACTION NO. 5:10cv27 |
| | | |
| **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | § | |

**ORDER ADOPTING SUBSTITUTED
REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Substituted Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  No objections to the Substituted Report and Recommendation were  filed.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Substituted Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Plaintiff's above-entitled Social Security action is **REMANDED** to the Commissioner for further administrative actions pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) and that Defendant file with this Court the results of the agency's post-remand proceedings. *See Shalala v. Schaefer*, 509 U.S. 292, 297 (1993). It is further

**ORDERED** that that the Clerk of the Court shall **ADMINISTRATIVELY CLOSE** the

above-entitled and numbered cause of action.

**SIGNED this 12th day of September, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE